IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HARRY L MCCRAY,

    Plaintiff,
v.                                           CASE NO. 1:17-cv-166-MW-GRJ

ALACHUA COUNTY
SHERIFF'S OFFICE,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file an amended complaint and either to pay the filing fee or file a motion for leave to proceed as a pauper on or before August 2, 2017. The Court warned Plaintiff of the consequences of failure to comply, including a recommendation that this case be dismissed without further notice. ECF No. 3. As of this date, Plaintiff has neither complied nor sought an extension of time to do so. Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 22nd day of August 2017.

                                          *s/ Gary R. Jones*
                                        GARY R. JONES
                                        United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**