# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**HARRY L. McCRAY,**

    **Plaintiff,**

**v.**                                         **Case No. 1:17cv166-MW/GRJ**

**ALACHUA COUNTYSHERIFF'S
OFFICE,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.[1] The Clerk shall close the file.

**SO ORDERED on September 26, 2017.**

                                              **s/Mark E. Walker    **
                                              **United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his address as evidenced by returned mail. ECF No. 5.